459 A.2d 21

Commonwealth v. Burley, Appellant.

Submitted January 13, 1983. Robert H. Isbell, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Judgment of sentence affirmed.